# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| TIMOTHY CLARKE, | ) Case No. CV 10-02915-MMM (RNB) |
|---|---|
| Plaintiff, | ) ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| vs. | |
| AUGUSTINE OKAFOR, | |
| Defendant. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. Objections to the Report and Recommendation have been filed herein. Having made a de novo determination of those portions of the Report and Recommendation to which objections have been made, the Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that (1) defendant's Motion to Dismiss is granted; and (2) Judgment be entered dismissing this action without prejudice for failure to exhaust administrative remedies.

DATED: February 7, 2011

MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE