# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY CLARKE,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>AUGUSTINE OKAFOR,<br><br>　　　　　Defendant. | Case No. CV 10-2915-MMM (RNB)<br><br>**J U D G M E N T** |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for failure to exhaust administrative remedies.

DATED: January 31, 2011

　　　　　　　　　　　　　　　/s/ Margaret M. Morrow
　　　　　　　　　　　　　　　MARGARET M. MORROW
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE